IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:26CR13 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 875(b) |
| ANDREW WATSON, | 18 U.S.C. § 875(c) |
| Defendants. | |

The Grand Jury charges that

## INTRODUCTION

At all times material herein:

1. Nelnet, Inc. ("Nelnet") is a student loan servicing company that is headquartered in Lincoln, Nebraska.

2. Victim 1, whose name is known to the Grand Jury, was the Chief Executive Officer of Nelnet. Victim 1 worked in Lincoln, Nebraska.

3. Defendant ANDREW WATSON was a resident of the State of Washington.

4. On or about December 4, 2024, the Chief Executive Officer of UnitedHealthcare, Brian Thompson, was shot and killed in the State of New York. Law enforcement who responded to the scene of the shooting recovered spent 9 mm shell casings. The words "deny," "delay," and "depose" were written on the side of some of the shell casings. News media outlets reported on the killing of Brian Thompson, including reporting about the words "deny," "delay," and "depose" being written on the side of some of the shell casings.

1

5. On or about December 10, 2024, defendant ANDREW WATSON sent an email to Victim 1 with the subject line: "Forgive all student loans." The body of the email stated: "Or we will come for you next. Deny. Delay. Depose."

## COUNT ONE
### (Interstate Transmission Of An Extortionate Threat)

6. The allegations in paragraphs 1 through 5 of this Indictment are re-alleged and fully incorporated herein by reference.

7. On or about December 10, 2024, in the State of Washington, defendant ANDREW WATSON, knowingly and with the intent to extort from Victim 1 something of value, to wit: the forgiveness of all student loans, did transmit in interstate and foreign commerce from the State of Washington to the District of Nebraska, an email communication to Victim 1 containing a threat to injure Victim 1, in that defendant ANDREW WATSON sent Victim 1 the email communication described in paragraph 5 of this Indictment.

In violation of Title 18, United States Code, Section 875(b).

## COUNT TWO
### (Interstate Transmission Of A Threat)

8. The allegations in paragraphs 1 through 5 of this Indictment are re-alleged and fully incorporated herein by reference.

9. On or about December 10, 2024, in the State of Washington, defendant ANDREW WATSON, knowingly and willfully did transmit in interstate and foreign commerce from the State of Washington to the District of Nebraska, an email communication to Victim 1 containing a threat to injure Victim 1, in that defendant ANDREW WATSON sent Victim 1 the email communication described in paragraph 5 of this Indictment.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
JODY MULLIS
Assistant United States Attorney